# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

EDWIN F. WASHINGTON,

    Plaintiff,

v.                                                            CASE NO. 5:08cv193-RH/EMT

R. HARRIS, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 4), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk must enter judgment stating, "This action is DISMISSED without prejudice." The clerk must close the file.

SO ORDERED on August 22, 2008.

                                                          s/Robert L. Hinkle
                                                          Chief United States District Judge